UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-331-H

MICHAEL J. MACKIN, et al.                                             PLAINTIFFS

V.

LIBERTY MARKETING CORPORATION, et al.                    DEFENDANTS

**MEMORANDUM AND ORDER**

Plaintiffs have now moved to hold this case in abeyance until such time as the case of *Lois June Jackson v. Michael Mackin* in Jefferson Circuit Court is resolved. Defendants have objected to the stay.

This case encountered considerable delay at the outset due to Plaintiff's first attorney. In August, 2006, this Court denied Defendants' motion to dismiss based upon the representation that counsel would move the case forward. Certainly, counsel is not bound tactically by that requirement. However, after reviewing the entire file, the Court concludes that Defendants are entitled to proceed with discovery on the claims by Plaintiff against them. The trial litigation schedule for this case cannot be determined or delayed by a case subsequently filed in state court. Therefore, the parties should proceed expeditiously with the discovery with the agreed litigation plan and discovery schedule as filed with this Court on September 8, 2006.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' motion to stay proceedings is DENIED.

cc: Counsel of Record